IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| TIRONE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DEAN A. STUART,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Civil No. 2:07-CV-304 |

Before the court is the Report and Recommendation (#16) issued by United States Magistrate Judge Nuffer on October 18, 2007, recommending that the court dismiss plaintiff's case for failure to prosecute. The plaintiff has been properly notified of his right under 28 U.S.C. § 636(b) to object to the Report and Recommendation, and of the requirement to file any objections with the clerk of the court within ten (10) days of receiving Judge Nuffer's Report. As of the date of this order, the court has not received any objections.

After reviewing the relevant materials, including the reasoning set forth in Judge Nuffer's Report and Recommendation, the court ADOPTS the Report and Recommendation (#16) and, accordingly, DISMISSES plaintiff's case WITHOUT PREJUDICE for failure to prosecute. The clerk's office is directed to close the case.

DATED this 2nd day of November, 2007.

BY THE COURT:

_____
Paul G. Cassell,
United States District Judge